# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Zak Hayden, *as minor friend of J.H.*; J.H., *a minor*; and Stephany Hayden,    *Plaintiffs* <br><br> v. <br><br> HomeGoods, Inc.; The TJX Companies, Inc.; HomeGoods, LLC; Phillips Collection, Inc.; and PT. Timboel,    *Defendants* | § § § § § § § § | **Case No. 1:24-CV-00978-ADA** |

## ORDER

Now before the Court are Defendant HomeGoods, LLC's Memorandum in Support of its Motion for Reconsideration and Clarification of Motion to Compel Discovery Responses, filed March 11, 2025 (Dkt. 33), and Plaintiffs and Defendant HomeGoods, LLC's Joint Advisory to the Court Regarding Defendant's Motion for Reconsideration and Clarification, filed May 20, 2025 (Dkt. 50).[1]

On May 12, 2025, this Magistrate Judge ordered the parties to confer and file a joint advisory stating whether they have resolved their discovery dispute and identifying any remaining issues requiring resolution by the Court. Dkt. 48. Counsel timely complied and advise that Defendant's motion is moot. Dkt. 50 at 1.

The Court commends the parties for resolving their dispute and **ORDERS** that Defendant HomeGoods, LLC's Memorandum in Support of its Motion for Reconsideration and Clarification of Motion to Compel Discovery Responses (Dkt. 33) is **DISMISSED AS MOOT**.

---

[1] By Text Order entered March 26, 2025, the Honorable Robert Pitman referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Rules of the United States District Court for the Western District of Texas. On April 14, 2025, the case was reassigned to the Honorable Alan D Albright. No other motions are referred to this Magistrate Judge.

The Court further **ORDERS** the Clerk of Court to remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable Alan D Albright.

**SIGNED** on May 21, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE